**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ESTEBAN A. YANEZ,

      Petitioner,

v.                                  No. 2:26-cv-01058-MLG-DLM

MARKWAYNE MULLIN,
Secretary, U.S. Department of
Homeland Security; et al.,

      Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING
<u>PETITIONER'S IMMEDIATE RELEASE</u>**

This matter is before the Court on Petitioner Esteban Andres Yanez's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 1. The Court, having considered the Petition, having held a hearing on August 7, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the August 7, 2026 hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), *Diallo v. Orozco*, 2026 U.S. Dist. LEXIS 45619 (D.N.M. Mar. 4, 2026), and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Yanez shall be released within twenty-four hours of the entry of this Order. He shall be released with all identification documentation and personal property that he possessed on his person when detained by Respondents in March 2026 along with a copy of this Order.

Yanez may not be re-detained without a pre-detention hearing before a neutral immigration judge and only following a showing by clear and convincing evidence that Yanez is a flight risk or

poses a danger to the community and that no conditions other than his detention would be sufficient to prevent such harms. Yanez shall receive at least seven (7) days' notice before the pre-detention hearing takes place.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA